

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Natalie S. Candela
Special Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*natalie.candela@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2752*
*fax: (973) 297-2012*

April 24, 2026

**BY ECF**
Hon. Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: ***Chuqui-Navos v. Blanche,*** **No. 26-1034-RK**
> **Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's April 17, 2026, Order, ECF No. 3, to report that the Petitioner withdrew his request for bond. *See* Ex. A (Order of the Immigration Judge). We therefore respectfully request that Your Honor close this case.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Natalie Candela*
NATALIE CANDELA
Special Assistant U.S. Attorney

**SO ORDERED**

Robert Kirsch, U.S.D.J.
Date:  4/27/26

*Attorneys for Respondents*

cc:    Counsel of record (via ECF)